**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
World Business Lenders, LLC      )
                                                    )
      Plaintiff,                        )
                                                    )   Case No.: 1:18-cv-01750-APM
v.                                                 )
                                                    )
James E. Berger                         )
                                                    )
      Defendant.                      )
_____ )

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for World Business Lenders LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of World Business Lenders, LLC which have any outstanding securities in the hands of the public:

**None**

These representations are made in order that judges of this Court may determine the need for recusal.

August 23, 2018                        Respectfully Submitted,

                                                  /s/ Ibrahim A. Moiz, Esq.
                                                  Ibrahim A. Moiz, Esq.  (D.C. Bar No. 991477)
                                                  NOVA Business Law Group, LLP
                                                  4151 Chain Bridge Rd.
                                                  Fairfax, VA, 22030
                                                  Tel.: (703) 766-8081
                                                  Fax: (703) 766-8085
                                                  Email: imoiz@novablg.com
                                                  *Counsel for World Business Lenders LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the foregoing were filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on the same date, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid, to the following:

>James E. Berger
>200 M St. SW, Unit 36
>Washington, DC 20024

>James E. Berger
>200 M St. SW
>Washington, DC 20024

/s/ Ibrahim A. Moiz, Esq.
Ibrahim A. Moiz, Esq.